# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SYLVESTER LARNELL EVANS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-14178** |
| **STATE OF LOUISIANA** | **SECTION "L" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby dismissed with prejudice for failure to state a claim, for seeking monetary relief from a defendant who is immune from such relief, and for improper removal.

New Orleans, Louisiana, this 8th day of March, 2019.

_____
**UNITED STATES DISTRICT JUDGE**